# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**FOREMOST INSURANCE COMPANY**                                                   **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO. 5:08-CV-152-DCB-JMR**

**CONNIE STRICKLAND**                                                                 **DEFENDANT**

_____

## JUDGMENT OF DISMISSAL
_____

THIS DAY THIS CAUSE came on to be heard on the stipulation that Plaintiff and Defendant agree to voluntarily dismiss their respective causes of action against the other with prejudice, with Plaintiff having announced that it will not proceed further against said Defendant, and with Defendant having announced that she will not proceed further against said Plaintiff, and with the Court further being informed that the parties hereto have agreed to a full and complete compromise of the claims between them, and that there remain no issues to be litigated by or between the parties nor adjudicated and determined by the Court, and the parties having consented to the entry of this Judgment and agreeing that this cause should be dismissed with prejudice with each party to bear its own costs, and the Court being further advised in the premises finds that the motion is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, THIS the   20th   day of   January  , 2009.

                                                          **s/ David Bramlette**
                                                          **UNITED STATES DISTRICT JUDGE**